**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

ADRAIN M. BRADY,

        **Plaintiff,**        **:**

                                 **Case No. 2:26-cv-188**
      **v.**                            **Chief Judge Sarah D. Morrison**
                                 **Magistrate Judge S. Courter M.**
**SHERIFF JEFFREY BALZER,** *et*      **Shimeall**
*al.,*

                       **:**

        **Defendants.**

## <u>OPINION AND ORDER</u>

This matter is before the Court on the Order and Report and

Recommendations ("OR&R") entered by the Magistrate Judge on June 16, 2026.

(ECF No. 5.) After performing an initial screen of Plaintiff's Complaint pursuant to

28 U.S.C. §§ 1915(e)(2) and 1915A, the Magistrate Judge recommended that

Plaintiff's Eighth/Fourteenth Amendment claim for alleged deliberate indifference

to serious medical needs and state-law claims for medical battery and medical

malpractice/negligence against Jane Doe, R.N., and Jane Doe, M.D., in their

individual capacities may proceed. (*Id.*, PAGEID # 52.) The Magistrate Judge also

recommended that the Court dismiss without prejudice (1) Plaintiff's federal claims

against the Delaware County Board of Commissioners and PrimeCare Medical, Inc.;

(2) Plaintiff's federal claim against Sheriff Jeffrey Balzer in his official capacity

(though Sheriff Balzer should remain in the case for the limited purpose of

accepting service on behalf of Jane Doe, R.N., and Jane Doe, M.D.); and

(3) Plaintiff's state-law claims against Sheriff Balzer, the Delaware County Board of Commissioners, and PrimeCare Medical. (*Id.*, PAGEID ## 52–53.)

If a party objects within the allotted time to a report and recommendation, the Court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b). Upon review, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

The parties were advised of the right to file objections to the OR&R and of the consequences of failing to do so. (OR&R, PAGEID # 56.) No objections have been filed, and the time for filing objections has passed.

Accordingly, the Court **ADOPTS AND AFFIRMS** the OR&R (ECF No. 5). Plaintiff's federal and state-law claims against Sheriff Balzer, the Delaware County Board of Commissioners, and PrimeCare Medical are **DISMISSED without prejudice**. Plaintiff may proceed with his remaining claims and **SHALL** follow the corresponding instructions in the OR&R.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

2