**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ADRAIN M BRADY,**

:

**Plaintiff,**

**v.**

**SHERIFF JEFFREY BALZER, *et al.*,**

:

**Defendants.**

**Case No. 2:26-cv-188**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge S. Courter M. Shimeall**

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") issued by the Magistrate Judge on August 24, 2026. (ECF No. 9.) Therein, the Magistrate Judge recommended that the Court dismiss this action without prejudice due to Adrain Brady's failure to prosecute the case. (*Id.*)

The parties were advised of the right to file objections to the R&R and of the consequences of failing to do so. (R&R, PAGEID # 63.) The time for filing objections has passed, and no objections have been filed.

Thus, for the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the R&R. Mr. Brady's Complaint is **DISMISSED without prejudice**. Mr. Brady is **ORDERED** to list this action as a related case if he re-files his claims.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**